UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 11-28-JBC

TIFFANY ANESTIS, PLAINTIFF,

V.   **MEMORANDUM OPINION AND ORDER**

UNITED STATES OF AMERICA, DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Tiffany Anestis's objection (R. 60) to United States Magistrate Judge Robert E. Wier's order (R. 58) denying her motion for leave to take the deposition of Judy K. Scott outside the deadline for deposition of fact witnesses. Because Judge Wier's order is not clearly erroneous or contrary to law, *see* 28 U.S.C. § 636(b)(1), the court will overrule the objection.

Anestis has not met her burden to show either good cause or excusable neglect that justifies her failure to take Scott's deposition before the expiration of the discovery deadline in light of the fact that Anestis was informed in July 2011 of Scott's role in the events giving rise to this case. As Judge Wier noted, however, this ruling does not preclude Anestis from conducting an informal interview with Scott or issuing a trial subpoena.

Accordingly,

**IT IS ORDERED** that Judge Wier's order (R. 58) is **ADOPTED** as the opinion of the court and that Anestis's objection (R. 60) is **OVERRULED**.

Signed on July 26, 2012

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Case: 5:11-cv-00028-JBC-REW Doc #: 75 Filed: 07/26/12 Page: 2 of 2 - Page ID#: 441