UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL BRANCH
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| TIFFANY ANESTIS, Individually, and as Administratrix of the ESTATE OF CAMERON ANESTIS, deceased, and as Mother and Next Friend of IA, an infant | ) ) ) ) CIVIL ACTION NO. 5:11-CV-00028-DLB-REW ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA | ) ) |
| Defendant | ) |

## MOTION TO APPROVE SETTLEMENT

Comes the plaintiff, Tiffany Anestis, individually, and as Administratrix of the Estate of Cameron Anestis, deceased, and as Mother and Next Friend of IA, an infant, by and through counsel, and moves this Court to approve the Stipulation for Compromise Settlement and Release ("Settlement and Release") entered into by the parties and to authorize her to sign the Settlement and Release on behalf of the Estate of Cameron Anestis, deceased, and IA, an infant. A copy of said Settlement and Release is attached hereto as Exhibit A.[1]

Under the terms of the agreement, the Plaintiff must obtain a "court Order approving the settlement on behalf of the Estate of Cameron Anestis, deceased, and [IA], a minor." (Ex. A at §3a(3). *See also* §5c.)

While the Settlement and Release states a total settlement amount, it does not specify the percentage to be allocated to the Estate or to IA. Consistent with the amounts claimed in the

---

[1] The attached Settlement and Release has been redacted to preserve the "IA" identification for the minor child.

Department of Justice Standard Form 95 (Claim for Damage, Injury or Death), Plaintiff proposes that the settlement amount be allocated as follows: 25% to IA, 62.5% to the Estate of Cameron Anestis, and 12.5% to Tiffany Anestis.  Plaintiff, as the Administratrix of the Estate of Cameron Anestis and as Mother and Next Friend of IA, considers this allocation of the settlement to be fair and reasonable based, in part, on the opinions of the expert economists, the proof of lost income to the Estate, and the testimony of the other experts in this action.

The Settlement and Release requires Plaintiff to obtain Court approval of the agreement "in a timely manner; time being of the essence." (Ex. A at §5c).  Defendant has reviewed this Motion and the tendered Order, and Plaintiff is authorized to represent that Defendant has no objection to the Motion or entry of the proposed Order.  For the reasons stated above, Plaintiff respectfully requests that this Motion be granted, that the Settlement and Release be approved, that the Court authorize Plaintiff to sign the Settlement and Release on behalf of the Estate of Cameron Anestis, deceased, and IA, an infant, and that the tendered Order be entered so as to allow the parties to finalize this matter.

Respectfully submitted,

Albert F. Grasch, Jr., Esq.
GRASCH LAW, PSC
302 West High Street
Lexington, KY  40507-1831
Telephone:  (859) 253-9506
Facsimile:  (859) 243-0129
Email:  agrasch@graschlaw.com

/s/ Albert F. Grasch, Jr.
COUNSEL FOR PLAINTIFF,
TIFFANY ANESTIS, Individually, as
Administrator of the ESTATE OF CAMERON
ANESTIS, and as Mother and Next Friend of IA, an
infant

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Rupert Mitsch, Esq.<br>Sabrina Underwood, Esq.<br>U.S. Department of Justice - Civil Division<br>Ben Franklin Station<br>P.O. Box 888<br>Washington, DC 20044 | Christopher Benson, Esq.<br>Trial Attorney<br>U. S. Department of Justice<br>Civil Division, Torts Branch<br>1331 Pennsylvania Avenue, N.W.<br>Room 8066N<br>Washington, DC  20004<br>Christopher.Benson@usdoj.gov |

/s/ Albert F. Grasch, Jr.
COUNSEL FOR PLAINTIFF,
TIFFANY ANESTIS, Individually, as
Administrator of the ESTATE OF CAMERON
ANESTIS, and as Mother and Next Friend of IA, an
infant

F:\Client Documents\Anestis, Tiffany\Pleadings\mtn.approve settlement.010215.doc