**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CIVIL ACTION NO. 11-28-DLB-REW**

**TIFFANY ANESTIS, Individually, and as Administratrix**
**of the ESTATE OF CAMERON ANESTIS, deceased,**
**and as Mother and Next Friend of I.A., an infant**                                  **PLAINTIFFS**


**vs.**                          **ORDER APPROVING SETTLEMENT**


**UNITED STATES OF AMERICA**                                                    **DEFENDANT**

********************

This matter is before the Court upon Plaintiffs' renewed motion to approve settlement between the United States of America and the Estate of Cameron Anestis, deceased, and I.A., a minor by and through Tiffany Anestis as mother, next friend, and court-appointed Conservator of I.A., a minor (Doc. # 233). An earlier motion to approve settlement (Doc. # 219) was deferred until such time as a conservator was appointed for I.A., a minor (Doc. # 232). That condition precedent to approval having now been satisfied, Plaintiffs have filed their renewed motion, which is ripe for review.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation"), attached to the motion as Exhibit 1 (Doc. # 233-1). The Court has reviewed the Stipulation and evidence submitted by Plaintiffs in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement, including the necessity of the approval by

1

the Attorney General of the United States, and a dismissal of this action in its entirety with prejudice, with each party to bear its own costs, expenses, and fees, and with the Court expressly not retaining jurisdiction over the above-captioned action, this settlement, or the United States.  The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of the Estate of Cameron Anestis and I.A., a minor child of Cameron Anestis, deceased, and Tiffany Anestis. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1.      Plaintiffs' renewed motion to approve settlement (Doc. # 233) be, and is hereby **granted**.  Plaintiffs' original motion to approve settlement (Doc. # 219) is **denied as moot**.  The Magistrate Judge's Report and Recommendation (Doc. # 227) is **adopted**.

2.      The settlement, as set forth in Exhibit 1 (Doc. # 233-1) to the renewed motion to approve settlement, is hereby **approved**.

3.      Tiffany Anestis, as Administratrix of the Estate of Cameron Anestis and the mother, next friend, and Conservator of I.A., a minor, is authorized and required to sign the Stipulation and any other documents that are necessary to consummate the settlement.

4.      The settlement amount of One Million Six Hundred Thousand Dollars ($1,600,000.00) (hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation, and shall be allocated as follows:

25% to I.A.

62.5% to the Estate of Cameron Anestis

12.5% to Tiffany Anestis,

less each Plaintiff's pro rata share of fees, costs, and expenses. With respect to the settlement check that will be made payable to the named plaintiffs pursuant to Paragraph 3.a. of the Stipulation, the Court hereby Orders the plaintiffs to endorse that check over to their attorney to be deposited into the attorney's client trust account to be used to pay the attorney's fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

5.     Attorney's fees in this action shall not exceed twenty-five percent (25%) of the Settlement Amount and shall be paid as provided in the Stipulation. The Court finds that the costs and expenses associated with the litigation are $83,651.98 and that such costs and expenses are fair, reasonable, and necessary.   Plaintiffs' counsel shall retain $10,000.00 to satisfy any additional expenses which have not yet been billed and upon satisfaction of all outstanding costs and expenses, the balance will be paid to plaintiffs.

6.     Such costs and expenses are approved and are to be paid as provided in the Stipulation. The Court finds that plaintiffs are legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers. The Court hereby Orders plaintiffs, by and through their attorney, to satisfy or resolve any and all such past, present, and future liens or claims for payment or reimbursement asserted by any individual or entity, including Medicaid and Medicare, arising from the subject matter of this action. The Court further Orders that plaintiffs, by and through their attorney, shall provide to the United States the information required by the Stipulation regarding the satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Stipulation.

3

7.    Plaintiffs, upon final execution of the Stipulation and upon receiving notice from the United States Department of Justice that it has received the settlement check set forth in Paragraph 3.a. of the Stipulation, shall cause their attorney to file with this Court a motion for an Order dismissing this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees, and with the Court not retaining jurisdiction over the above-captioned action. Upon entry of an Order from the United States District Court for the Eastern District of Kentucky dismissing this action in its entirety with prejudice, with each party to bear its own costs, expenses, and fees, and expressly not retaining jurisdiction over the above-captioned action, this settlement, or the United States, the United States will tender said check to Plaintiffs' attorney. Subject to the terms and conditions set forth in Paragraph 3.a. of the Stipulation, plaintiffs' attorney shall distribute said check to the plaintiffs after paying or resolving any currently known lien or claim for reimbursement or payment for which plaintiffs have agreed to be legally responsible under the terms of the Stipulation.

This 2nd day of March, 2015.



Signed By:

_David L. Bunning_

**United States District Judge**

APPROVED AS TO FORM AND CONTENT:

/s/ Sabrina Underwood
Sabrina Underwood
Trial Attorney
Attorney for Defendant,
United States of America

4

/s/ Albert F. Grasch, Jr.
Albert F. Grasch, Jr.
Attorney for Plaintiffs,
Estate of Cameron Anestis,
I.A., a minor,
and Tiffany Anestis, individually

G:\DATA\ORDERS\Lexington\2011\11-28 Order granting DE 233.wpd